IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO.: 4:06cr58-SPM

FELICITA CRUZ-MARQUEZ,

     Defendant.
_____/

## ORDER SETTING EXPEDITED SENTENCING HEARING

Pending before the Court is Defendant's Motion to Expedite Plea and Sentencing and Waive Pre-Sentence Investigation and Report (doc. 19). Defendant entered a guilty plea on October 11, 2006 and is currently in custody awaiting sentencing. In her motion, Defendant explains that she has no criminal history and that her guideline range is 0-6 months. She requests that she be sentenced prior to the Court's receipt of the presentence investigation report.

A presentence investigation report would be helpful to the Court in exercising its sentencing authority under Title 18, United States Code, Section 3553. The Court, therefore, will review a presentence investigation report before imposing sentence. To reduce the possibility of Defendant remaining in custody for an unnecessary period of time, however, the Court will expedite Defendant's sentencing hearing. Doing so will require Defendant to waive the minimum

notice and time for objections under Federal Rule of Criminal Procedure 32(e).  If upon receipt of the presentence investigation report Defendant finds that she needs additional time to review the report and make objections, she may file a motion to continue the sentencing hearing.

Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. Defendant's Motion to Expedite Plea and Sentencing and Waive Pre-Sentence Investigation and Report (doc. 19) is granted as to the request to expedite sentencing and denied as to the request to be sentenced prior to receipt of the presentence investigation report.

2. The probation office shall prepare a presentence investigation report and provide a copy to the parties on or before November 13, 2006.

3. Defendant's sentencing hearing is set for 1:30 p.m. on November 20, 2006.  If Defendant needs additional time to review the report or make objections, Defendant may file a motion to continue the sentencing hearing.

DONE AND ORDERED this 13th day of October, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:06cr58-SPM