IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                               CASE NO.: 4:06cr58-SPM

FELICITA CRUZ-MARQUEZ,

    Defendant.
_____/

**ORDER DENYING MOTION TO WAIVE SPECIAL MONETARY ASSESSMENT**

    This cause comes before the Court on Defendant Felicita Cruz-Marquez's pro se motion to waive imposition of the $100 special monetary assessment (doc. 33). The assessment was properly imposed under Title 18, United States Code, Section 3013, without regard to Defendant's ability to pay. Arguments about Defendant's ability to pay may become relevant, however, if and when the government seeks to enforce collection. See United States v. Rivera-Velez, 839 F.2d 8 (1st Cir. 1988); United States v. Cooper, 870 F.2d 586 (11th Cir. 1989). Accordingly, it is

    ORDERED AND ADJUDGED that the request (doc. 33) for waiver of the special monetary assessment is denied.

    DONE AND ORDERED this 8th day of January, 2007.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge